

FILED
September 17, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____VL_____
                Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Case No: SA:25-CR-00475-JKP |
| Plaintiff | § § | **I N D I C T M E N T** |
| v. | § § | Ct 1: 18 U.S.C. § 933(a)(1) Trafficking of Firearms |
| MICHAEL JEREMIAH TREVINO | § § § | Cts 2&4: 18 U.S.C. §922(o) Possession of a Machine Gun |
| Defendant | § § § § | Cts 3&5: 26 U.S.C. §5861(d) Possession of Unregistered Machine Gun |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(18 U.S.C. § 933(a)(1))**

From on or about February 2025 through June 12, 2025, in the Western District of Texas, Defendant,

**MICHAEL JEREMIAH TREVINO**

did ship, transport, transfer, cause to be transported, or otherwise dispose of at least one firearm, to wit: a Glock 20, 10mm caliber pistol, serial number BSBR577, a Glock, model 19, 9mm caliber pistol, serial number BMVH956, equipped with a machine gun conversion device, and a Plumcrazy Firearms, MOD-A, multi-caliber pistol, serial number PA01158, to another person in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony, to wit, Possession of a Machine Gun and Smuggling Goods from the United States, all in violation of Title 18, United States Code, Section 933(a)(1).

**COUNT TWO**
**(18 U.S.C. §922(o))**

On or about June 4, 2025, in the Western District of Texas, the Defendant,

**MICHAEL JEREMIAH TREVINO**

did knowingly possess at least one machinegun, to wit: a machine gun conversion device a/k/a a "Glock Switch," which is designed and intended solely and exclusively for use in converting a semi-automatic weapon into a weapon that can be fired as a fully automatic weapon by a single function of the trigger, as defined by Title 26, USC Section 5845(b), all in violation of 18 USC 922(o).

## COUNT THREE
### (26 U.S.C. §5861(d))

On or about June 4, 2025, in the Western District of Texas, the Defendant,

**MICHAEL JEREMIAH TREVINO**

knowingly possessed at least one firearm, to wit: a machine gun conversion device a/k/a a "Glock Switch," not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT FOUR
### (18 U.S.C. §922(o))

On or about June 9, 2025, in the Western District of Texas, the Defendant,

**MICHAEL JEREMIAH TREVINO**

did knowingly possess at least one machinegun, to wit: a Glock, model 19, 9mm caliber pistol, serial number BMVH956, which was equipped with a machinegun conversion device that made the pistol capable of firing automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of 18 USC 922(o).

## COUNT FIVE
### (26 U.S.C. §5861(d))

3

On or about June 9, 2025, in the Western District of Texas, the Defendant,

**MICHAEL JEREMIAH TREVINO**

knowingly possessed at least one firearm, to wit: a Glock, model 19, 9mm caliber pistol, serial number BMVH956, equipped with a machine gun conversion device, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____
FOR Sarah Wannarka
Assistant U.S. Attorney